ARIAS & LOCKWOOD
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN TRANSPORTATION SERVICES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VOLVO GROUP NORTH AMERICA, LLC, a North Carolina limited liability company; and DOES 1 - 10 Inclusive,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 13-5190 CAS (MRWx)<br><br>~~(PROPOSED)~~ JUDGMENT |

The Motion for Summary Judgment of Volvo Trucks North America, LLP, was heard and granted by Judge Virginia Snyder, judge presiding, on September 29, 2014.

It is ordered that the plaintiff recover nothing, the action be dismissed on the merits, and that the defendant, Volvo Trucks North America, LLP, recover costs of suit from the plaintiff, Lincoln Transportation Services, Inc.

DATED: January 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_Christina A. Snyder_
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge